IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CARLA PEDERSON,

        Plaintiff,

     v.

KLAMATH COUNTY, et al.,

        Defendants.

No. 1:12-cv-725-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Because Plaintiff
objects to the Report and Recommendation, I have reviewed this
matter de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp.
v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir.
1981). I agree with the Report and Recommendation that Defendants
are entitled to summary judgment.

**CONCLUSION**

    Magistrate Judge Clarke's Report and Recommendation (#55) is
adopted. Defendants' motion for summary judgment (#37) is

1 - ORDER

granted.   Plaintiff's motion for partial summary judgment (#39) is denied.

IT IS SO ORDERED.


DATED this ___/___ day of *October* , 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER